**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No. 8:09-bk-20627-CPM
Chapter 13

IN RE:

Agnes Kelly
    Debtor(s)
_____/

**ORDER GRANTING MOTION RECONVERT CASE TO CHAPTER 7**

THIS CASE came on for consideration for the purpose of the entry of an appropriate Order in the above-styled Chapter 13 case, following the entry of an Order Reserving Ruling on Trustee's Motion to Reconvert to Chapter 7 for Failure to Make Payments and Granting Period to Cure Default on December 13, 2010 (Docket No. 37), which provided, in part, that in the event the Debtor should become more than 30 days delinquent in payments to the Trustee, the Trustee shall submit for this court's consideration an order reconverting this case to a case under Chapter 7. The Court having reviewed the record and now being informed that the Debtor is more than thirty (30) days delinquent to the Chapter 13 Trustee, it is

**ORDERED** AND ADJUDGED as follows:

1. The Motion to Reconvert Case to Chapter 7 is hereby Granted.

2. The Trustee shall turn over to the Debtor(s) any monies not previously disbursed and file his final report, and upon filing of same, shall be discharged of his duties as Trustee.

3. The Trustee shall deduct from the monies to be turned over to the Debtor(s) his normal percentage thereof as necessary costs and expenses from sums collected pursuant to 11 U.S.C. 1326(a)(2), together with any fee, charge or amount required under 28 U.S.C. Chapter 123.

4. A separate Order on Conversion from Chapter 13 to Chapter 7 shall be entered by the Court.

**DONE** AND **ORDERED** at Tampa, Florida on  February 10, 2011                          .

Catherine Peek McEwen
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.

JMW/kja                                                          C13T  2/4/11

2