UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  Agnes Kelly                                  Case No. 8:09-bk-20627-CPM
                                                     Chapter: 7
    Debtor.

_____/

**RESPONSE TO ORDER GOVERNING
PROCEDURES AFTER CONVERSION TO CHAPTER 7 CASE**

    **COME NOW**, the Debtor, in the above styled case, and respond to the Order Governing Procedures after Conversion to Chapter 7 Case, and states as follows:

1. There were no unpaid debts incurred by the Debtor during the Chapter 13 period.
2. There were no executory contracts entered into by Debtor at any time.
3. The Debtor's Statement of Intentions is attached.
4. The Debtors submitted a Schedule of Assets in her original petition.

    I, **Agnes Kelly**, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing Response to Order Governing Procedures After Conversion to Chapter 7 Case along with my *Statement of Intentions and any attachments thereto* and that they are true and correct to the best of my information and belief.

Signature: _[signed] Agnes Kelly_____  Date: 5/20/11
    **Agnes Kelly**

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Response to Order Governing Procedures After Conversion to Chapter 7 Case, *Statement of Intentions, and any attachments thereto* has been furnished either electronically or by regular U.S. Mail, postage prepaid to: **V John Brook,** 2520 ML King Street North, St. Petersburg, FL 33704; **U.S. Trustee,** 501 Polk St, # 1200, Tampa, FL 33602, **Updated Mailing Matrix (See Attached)** and **Agnes Kelly,** 2111 Bay Blvd., Indian Rocks Beach, FL 33785 on this 24th day of May, 2011.

    /s/ Ryan N. Singleton
    **Ryan N. Singleton, Esq. FBN 0023502**
    Leavengood, Nash, Dauval & Boyle, P.A.
    2958 1st Avenue North
    St. Petersburg, FL 33713
    (727) 327-3328 Phone
    (727) 327-3305 Fax
    www.LeavenLaw.com

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Agnes Kelly**                                                                 Case No.   **8:09-bk-20627**
                                                    Debtor(s)                           Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Gte Federal Credit Uni | **Describe Property Securing Debt:**<br>2008 Toyota Highlander (124,000 miles, good condition)<br>Value determined by www.kbb.com (July 2009), Private Party Value $8,285 |
| Property will be (check one):<br>☐ Surrendered     ■ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>■ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>■ Claimed as Exempt     ☐ Not claimed as exempt | |

B8 (Form 8) (12/08)                                                                                                         Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Hsbc/ms | **Describe Property Securing Debt:**<br>TROPICAL GROVES UNIT 5 LOT 38<br><br>**Commonly Known As:**<br>10437 109TH WAY<br>LARGO FL 33778-4035 |
| Property will be (check one):<br>■ Surrendered        ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>  ☐ Redeem the property<br>  ☐ Reaffirm the debt<br>  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>  ☐ Claimed as Exempt                        ■ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   5/20/11                    Signature  *Agnes Kelly*
                                              Agnes Kelly
                                              Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:09-bk-20627-CPM<br>Middle District of Florida<br>Tampa<br>Tue May 24 12:58:42 EDT 2011 | Advanta Bank Corp<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Pinellas County Tax Collector(TW)<br>P O Box 10834<br>Clearwater, FL 33757-8834 |
| United States Trustee - TPA7 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Vystar Credit Union<br>Loss Prevention<br>P O Box 172599<br>Tampa, FL 33672-0599 | United States Bankruptcy Court<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602-3860 |
| (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 | (p)AMERICAN GENERAL<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Citibank Usa<br>Attn.Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Citifinancia<br>Po Box 499<br>Hanover, MD 21076-0499 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Direct Merchants Bank<br>Card Member Services - GSC<br>Po Box 5246<br>Carol Stream, IL 60197-5246 | GE Consumer Finance<br>For GE Money Bank<br>dba CARECREDIT/GEMB<br>PO Box 960061<br>Orlando FL 32896-0661 |
| GE Money Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | GEMB / Dillards<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 | GEMB / Mervyns<br>Attn:Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 |
| GTE Federal Credit Union<br>PO BOX 172599<br>tampa, FL 33672-0599 | Gemb/care Credit<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gemb/gap<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 |
| Gte Federal Credit Uni<br>711 Dale Mabry Hwy South<br>Tampa, FL 33609-4400 | Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc Best Buy<br>Attn: Bankruptcy<br>Po Box 6985<br>Bridge Water, NJ 08807-0985 |
| Hsbc/ms<br>Po Box 2393<br>Brandon, FL 33509-2393 | Ntb/cbsd<br>Po Box 6003<br>Hagerstown, MD 21747-6003 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 |
| Target<br>PO Box 59317<br>Minneapolis, MN 55459-0317 | Tnb-visa<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Wfnnb/new York & Compa<br>220 W Schrock Rd<br>Westerville, OH 43081-2873 |

| | | |
|---|---|---|
| Agnes Kelly<br>2111 Bay Blvd.<br>Indian Rocks Beach, FL 33785-3833 | Richard M Dauval<br>Leavengood, Nash, Dauval & Boyle, PA<br>2958 1st Avenue North<br>St. Petersburg, FL 33713-8635 | V John Brook<br>2520 ML King Street North<br>Saint Petersburg, FL 33704-2718 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanta Bank Corp<br>Po Box 844<br>Spring House, PA 19477 | American General Finance<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | (d)American General Finance<br>Po Box 3121<br>Evansville, IN 47731 |
| Capital 1 Bank<br>C/O TSYS Debt Mngmnt<br>Po Box 5155<br>Norcross, GA 30091 | (d)Capital 1 Bank<br>C/O TSYS Debt Mngmt<br>Po Box 5155<br>Norcross, GA 30091 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d) Pinellas County Tax Collector(TW)<br>P O Box 10834<br>Clearwater, FL 33757-8834 | (d)Advanta Bank Corp<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (d)Pinellas County Tax Collector(TW)<br>P O Box 10834<br>Clearwater, FL 33757-8834 |

End of Label Matrix  
Mailable recipients   32  
Bypassed recipients    3  
Total                 35